**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

**AMANDA R. MAYES,**

    **Plaintiff,**

**v.**                                                    Case No.: 2:22-cv-246

**CITY OF NORFOLK, VIRGINIA,**

    **Defendant.**

## NOTICE OF REMOVAL

NOW COMES the Defendant City of Norfolk, Virginia, by counsel, pursuant to 28 U.S.C. §§ 1441 and 1446, and petition the Court as follows:

1. That on or about April 25, 2022, an action ("Complaint") was filed in Norfolk Circuit Court against the Defendant styled Amanda R. Mayes v. City of Norfolk, Virginia, Case No. CL22-5806 (attached as Exhibit 1).

2. That the Circuit Court for the City of Norfolk is located within the territorial jurisdiction of the United States District Court for the Eastern District of Virginia, Norfolk Division.

3. The Complaint purports to state claims against the Defendants arising under federal law pursuant to the Fair Labor Standards Act, 29 U.S.C. § 215(a), et seq., for violation of Plaintiff's rights thereunder. *See* Compl. at ¶¶ 25-28.

4. The jurisdiction of this Court is established under 28 U.S.C. §§ 1331 and 1441. This Court also has supplemental jurisdiction pursuant to 28 U.S.C. §1367 over the related state law claims asserted in the Complaint.

5. Venue is proper in the Norfolk Division of this District pursuant to 28 U.S.C. § 1391(b)(2).

1

6. The Complaint was served on the Defendant on or about May 23, 2022.

7. Defendant expects to file its responsive pleadings within the time provided by Fed.R.Civ.P. 81(c)(2)(C).

WHEREFORE, Defendant invokes the jurisdiction of this Court. Plaintiff should govern herself accordingly.

**CITY OF NORFOLK, VIRGINIA,**

BY: /s/
Of Counsel

Michael A. Beverly (VSB No. 70805)
michael.beverly@norfolk.gov
Deputy City Attorney
Bonnie P. Lane (VSB No. 75608)
bonnie.lane@norfolk.gov
Assistant City Attorney
City Attorney's Office
810 Union Street
Norfolk, Virginia 23510
Phone: 757-664-4215
Fax: 757-664-4201
*Counsel to City of Norfolk*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of June, 2022, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

W. Barry Montgomery (VSB #43042)
Kalbaugh, Pfund & Messersmith
901 Moorefield Park Drive, Suite 200
Richmond, Virginia 23236
Tel: 804-320-6300
Fax: 804-320-6312
barry.montgomery@kpmlaw.com

        /s/
Bonnie P. Lane (VSB No. 75608)
Bonnie.lane@norfolk.gov
Assistant City Attorney
City Attorney's Office
810 Union Street
Norfolk, Virginia 23510
Phone: 757-664-4529
Fax:  757-664-4201
*Counsel to City of Norfolk*